F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 02 2016   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ERIC PRESINAT,                                          15-cv-05125 (JFB) (SIL)

                                    Plaintiff,
                                                        **STIPULATION OF DISMISSAL**

        -against-

TRMW ENTERPRISES, INC. and VINCENT
LIOT,

                                    Defendants.
-------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the

above captioned action through their undersigned counsel that, whereas no party hereto is an

infant or incompetent person for whom a committee has been appointed, and no person not a

party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii)

of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all

claims alleged therein be dismissed with prejudice, with each party to bear their own fees and

costs.

        Plaintiff is precluded from bringing any further claims under the Fair Labor Standards

Act or New York Labor Law, or any federal, state or local law, for unpaid wages, including

overtime pay for the period set forth in Plaintiff's Complaint.

13

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: _Apri 27_, 2016          Dated: _April 22_, 2016

NEIL H. GREENBERG & ASSOCIATES, P.C.          KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Plaintiff*          *Attorneys for Defendants*

By: _____          By: _____
Neil H. Greenberg, Esq.          Keith Gutstein, Esq.
Justin Reilly, Esq.          Matthew Cohen, Esq.
900 Merchants Concourse, Suite 314          135 Crossways Park Drive, Suite 201
Westbury, NY 11590          Woodbury, New York 11797
(516) 228-5100          (516) 681-1100
justin@nhglaw.com          kgutstein@kdvlaw.com

5/2/16          The Clerk of the Court shall
                close the case.

SO ORDERED:

_____
The Hon. Joseph F. Bianco, U.S.D.J.

4826-6626-1549, v. 2

14